# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box 9013
Central Islip, NY 11722−9013

---

| | |
|---|---|
| IN RE: | CASE NO: 8−08−71579−ast |
| Timothy J Doyle<br>aka Timothy Doyle | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−2365 | |
| DEBTOR(s) | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

- The Deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

- Marianne DeRosa (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 13 case of the above−named debtor(s) is closed.

s/ Alan S Trust
United States Bankruptcy Judge

Dated: June 13, 2013

**BLfnld13** [Final Decree rev 08/07/06]